COMMONWEALTH of Pennsylvania,
Respondent

v.

Kevin S. MINES, Petitioner

No. 537 EAL 2016

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

**AND NOW**, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.